TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00104-CR

Ex Parte: Jeffery Foster, Appellant

FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT

NO. 9931, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

PER CURIAM

 This is an appeal from an order denying relief on appellant's writ of habeas corpus. 
Appellant has filed a motion to dismiss the appeal. Tex. R. App. P. 59(b). The motion is
granted.

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed on Appellant's Motion

Filed: March 6, 1996

Do Not Publish